UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KOZMA INVESTMENTOS, LTDA, a
foreign corporation,

    Plaintiff,

v.                                                Case No: 2:17-cv-306-FtM-99CM

EDSON PEREIRA DUDA,
NATALINA SACCHI DUDA and
GEBY INVESTMENTS, LLC,

    Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on Defendant Geby Investments, LLC's Motion to Take Judicial Notice (Doc. 54) filed on January 17, 2018. No response has been filed and the time to do so has expired.

Defendant Geby requests the Court take judicial notice of an Order Denying Recognition of Foreign Judgment entered in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida, in the matter of *Kozma Investimentos, Ltda., v. Edson Pereira Duda and Natalina Sacchi Duda*, Case No. 11-2017-CA-000936-0001-XX. Geby attaches a copy of the state court order as Exhibit A to its Motion. (Doc. 54-1). Defendant argues that the order is relevant to the Court's determination of Plaintiff's entitlement to relief in this case.

"[A] court may take notice of another court's order...for the limited purpose of recognizing the 'judicial act' that the order represents or the subject matter of the

---

[1] Disclaimer: Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.

litigation." *United States v. Jones*, 29 F.3d 1549, 1553 (11th Cir. 1994). Because the state court order is the type of document that may be judicial noticed, is central to Defendant's claim in this case, and because the Court otherwise sees no objection from Plaintiff, the Court will take judicial notice of the state court order.

Accordingly, it is now

**ORDERED:**

Defendant Geby Investments, LLC's Motion to Take Judicial Notice (Doc. 54) is **GRANTED**. The Court takes judicial notice of Doc. 54-1.

**DONE** and **ORDERED** in Fort Myers, Florida this 1st day of February, 2018.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record