UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KOZMA INVESTMENTOS, LTDA, a
foreign corporation

       Plaintiff,

v.                                          Case No: 2:17-cv-306-FtM-99UAM

EDSON PEREIRA DUDA,
NATALINA SACCHI DUDA and
GEBY INVESTMENTS, LLC,

       Defendants.
_____/

### **ORDER**[1]

This matter comes before the Court on Defendant's Notice of Filing State Appellate Court Opinion and Motion to Dismiss With Prejudice (Doc. 76) filed on February 22, 2019. The Court previously stayed this case pending the outcome of an appeal that could affect this case. (Doc. 70). That appeal has concluded and Defendant requests that the Court now dismiss this case with prejudice. Defendant provides no memorandum of law in support of the Motion as required by Local Rule 3.01(a) and fails to attach the entirety of the Second District Court of Appeal's Opinion. Therefore, the Motion is denied without prejudice.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

Defendant's Notice of Filing State Appellate Court Opinion and Motion to Dismiss With Prejudice (Doc. 76) is **DENIED** without prejudice to refiling in compliance with the Court's Local Rules.

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of February, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record